**STONE MALT COMPANY, Appellant, v. The STROH PRODUCTS COMPANY, Appellee.**

No. 8515.

Circuit Court of Appeals, Sixth Circuit.

March 12, 1941.

Roy J. Stone, James I. Boulger, and Harry C. Weaver, all of Columbus, Ohio, for appellant.

John A. Connor and B. G. Watson, both of Columbus, Ohio, and C. C. Sanders, of Detroit, Mich., for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record, briefs, and oral arguments of coun-

sel. And it appearing to the court that there is no reversible error in the record, it is hereby ordered, adjudged and decreed that the judgment herein, be, and it is in all things, affirmed.